IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAKE THE ROAD STATES, INC., NAACP BUCKS COUNTY BRANCH 2253, BUXMONT UNITARIAN UNIVERSALIST FELLOWSHIP, and JUAN NAVIA, | ) ) ) ) ) ) | No. 2:25-cv-02938 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| FREDERICK A. HARRAN, individually and in his official capacity as Sheriff of Bucks County, and BUCKS COUNTY, | ) ) ) ) ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER**

AND NOW, this ____ day of _____, 2025, Plaintiffs' Expedited Motion for Remand to the Bucks County Court of Common Pleas is granted.  This action is hereby remanded to the Bucks County Court of Common Pleas.  A certified copy of this order of remand shall be mailed by the clerk of this Court to the clerk of the Bucks County Court of Common Pleas.

It is further ORDERED that Defendant Frederick A. Harran shall pay the costs, expenses, and attorneys' fees incurred by Plaintiffs in preparing and filing their Expedited Motion for Remand, in an amount to be determined. Plaintiffs shall file a bill of costs and any fee petition with this Court by June __, 2025.

BY THE COURT:

_____
Hon. Juan R. Sánchez