IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAKE THE ROAD STATES, INC., NAACP BUCKS COUNTY BRANCH 2253, BUXMONT UNITARIAN UNIVERSALIST FELLOWSHIP, and JUAN NAVIA,** | No. 2:25-cv-02938 |
| **Plaintiffs,** | |
| v. | |
| **FREDERICK A. HARRAN, individually and in his official capacity as Sheriff of Bucks County, and BUCKS COUNTY,** | |
| **Defendants.** | |

**[PROPOSED] SCHEDULING ORDER**

AND NOW, this _____ day of _____, 2025, upon consideration of Plaintiffs' Expedited Motion for Remand to the Bucks County Court of Common Pleas, it is hereby ORDERED that Plaintiffs' request to expedite consideration of its motion is GRANTED.

It is further ORDERED that Defendants shall submit any opposition to Plaintiffs' Motion for Remand on or before **June 16, 2025.**

BY THE COURT:

_____
**Hon. Juan R. Sánchez**

1