# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAKE THE ROAD STATES, INC., NAACP BUCKS COUNTY BRANCH 2253, BUXMONT UNITARIAN UNIVERSALIST FELLOWSHIP, and JUAN NAVIA, <br><br> Plaintiffs, <br><br> v. <br><br> FREDERICK A. HARRAN, individually and in his official capacity as Sheriff of Bucks County, and BUCKS COUNTY, <br><br> Defendant. | Case No. 2:25-cv-02938-JS <br><br> Honorable Juan R. Sánchez <br><br> **PROPOSED INTERVENORS' MOTION TO INTERVENE AS INTERVENOR-DEFENDANTS** <br><br> Filed on Behalf of Proposed Intervenors: <br><br> Pennsylvania Sheriffs' Association, Franklin County Sheriff Benjamin H. Sites, Bradford County Sheriff C.J. Walters <br><br> Thomas W. King, III, Esquire <br> PA I.D. # 21580 <br> tking@dmkcg.com <br><br> Thomas E. Breth, Esquire <br> PA I.D. # 66350 <br> tbreth@dmkcg.com <br><br> **DILLON McCANDLESS KING COULTER & GRAHAM LLP** <br><br> 128 W. Cunningham Street <br> Butler, PA 16001 <br> Telephone 724-283-2200 <br> Fax: 724-283-2298 |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAKE THE ROAD STATES, INC., NAACP BUCKS COUNTY BRANCH 2253, BUXMONT UNITARIAN UNIVERSALIST FELLOWSHIP, and JUAN NAVIA,<br><br>Plaintiffs,<br><br>v.<br><br>FREDERICK A. HARRAN, individually and in his official capacity as Sheriff of Bucks County, and BUCKS COUNTY,<br><br>Defendant. | Case No. 2:25-cv-02938-JS<br><br>Honorable Juan R. Sánchez |

**PROPOSED INTERVENORS' MOTION TO INTERVENE AS INTERVENOR-DEFENDANTS**

Proposed Intervenors, Pennsylvania Sheriffs' Association, Franklin County Sheriff Benjamin H. Sites, and Bradford County Sheriff C.J. Walters, by and through their undersigned legal counsel hereby move for permission to intervene as Intervenor Defendants pursuant to Federal Rule of Civil Procedure 24(a)(2), or in the alternative, pursuant to Federal Rule of Civil Procedure 24(b), stating in support thereof as follows:

1. Proposed Intervenor, Pennsylvania Sheriffs' Association, is a statutorily authorized organization and acts on behalf of the Commonwealth's

1

Sheriffs to secure more "uniformity and cooperation in the conduct of their offices" and to improve "their services to the public." *16 P.S. § 7241*.

2. Proposed Intervenor, Sheriff Benjamin H. Sites (hereinafter referred to individually as "Sheriff Walters"), is the duly elected Sheriff for the County of Franklin, Commonwealth of Pennsylvania.

3. Proposed Intervenor, Sheriff C.J. Walters (hereinafter referred to individually as "Sheriff Sites"), is the duly elected Sheriff for the County of Bradford, Commonwealth of Pennsylvania.

4. The elected office of County Sheriff is a constitutional office created under Article IX, Section 4 – <u>County Government</u> of the Pennsylvania Constitution which states in relevant part as follows:

> "County officers consist of commissioners, controllers or auditors, district attorneys, public defenders, treasurers, **sheriffs**, registers of wills, recorders of deeds, prothonotaries, clerks of courts, … County officers, except for public defenders who shall be appointed as shall be provided by law, **shall be elected** at the municipal elections …"
> *Art. IX, § 4.*

5. Plaintiffs seek a Declaratory Judgment and Injunctive relief in an attempt to prevent the Sheriff of Bucks County, Pennsylvania, from exercising his authority and discretion to execute a Memorandum of Agreement with the United States Immigration and Customs Enforcement ("ICE"), a component of the Department of Homeland Security ("DHS"), pursuant to Section 287(g) of the

2

Immigration and Nationality Act ("INA"), as codified at Title 8 U.S.C. § 1357(g), as amended by the Homeland Security Act of 2002, Public Law 107-276.

6. The Proposed Intervenors are the Pennsylvania Sheriffs' Association, an incorporated body representing the 67 County Sheriffs within the Commonwealth of Pennsylvania, with offices in Harrisburg, Pennsylvania, and the duly elected Sheriffs of Bradford County and Franklin County, Pennsylvania.

7. The Proposed Intervenors request to intervene as Defendants in this matter as they have distinct and unique interests in the outcome of this case and although they support Defendant Sheriff Harran, their interests are focused on the authority of Sheriffs in Pennsylvania to exercise their rights to enter into various agreements such as that described in the Complaint.

8. Proposed Intervenors take no position with respect to the underlying purpose of the Memorandum of Agreement at-issue in this case, but Proposed Intervenors do strongly support the authority of all Sheriffs to exercise the discretion of their office to enter into such agreements unconstrained by the County Commissioners or County Executives/Councils in their respective counties.

9. Further, both Sheriff Walters and Sheriff Sites have already executed similar Memorandums of Agreement as the Memorandum of Agreement at-issue in this case.

10. In addition, Sheriff Walter's deputies in Bradford County have been trained and credentialed pursuant to the terms and conditions of the Memorandum of Agreement with the Bradford County Sheriff's Office.

11. Neither Sheriff Walters nor Sheriff Sites needed the authorization of their respective County governing bodies before entering into such Memorandums of Agreements, nor did either seek or obtain such unnecessary consent before executing the Memorandum of Agreement.

12. Sheriff Walters and Sheriff Sites have unique interests unrepresented by Defendant Sheriff Harran in as much as they have already executed Memorandums of Agreement and each has initiated performance in accordance with their respective Memorandum of Agreement.

13. The Pennsylvania Sheriffs' Association represents the interests of all Sixty-Seven (67) Sheriffs, whether under County Code Counties or Home Rule Charter Counties.

14. The Sheriffs' Association supports the legal authority of all Sheriffs to make discretionary decisions related to their constitutional and statutory duties freely, including, but not limited to, the right to enter into Memorandums of Agreement and other such agreements with appropriate law enforcement entities, without the interference of the Boards of County Commissioners, County Executives, or County Councils in their respective Counties.

15. Proposed Intervenors attach as Exhibit 1, a Memorandum of Law in support of their Motion to Intervene which is incorporated herein by reference as if fully set forth herein.

16. Further, Preposed Intervenors attach as Exhibit 2, their proposed Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(1), (6), and (7), which is incorporated herein by reference as if fully set forth and which they will file if permitted to intervene.

WHEREFORE, Proposed Intervenors respectfully request that the Court GRANT the within Motion to Intervene and permit Proposed Intervenors to intervene as Intervenor-Defendants.

Respectfully submitted,

**DILLON MCCANDLESS KING, COULTER & GRAHAM LLP**

Dated: June 13, 2025

/s/ Thomas W. King, III
Thomas W. King, III, Esquire
Pa. I.D. No. 21580
Email: tking@dmkcg.com

/s/ Thomas E. Breth
Thomas E. Breth, Esquire
Pa. I.D. No. 66350
Email: tbreth@dmkcg.com

128 West Cunningham Street
Butler, PA 16001
Telephone: (724) 283-2200
Facsimile: (724) 283-2298
*Counsel for Proposed Intervenors*

5

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAKE THE ROAD STATES, INC., NAACP BUCKS COUNTY BRANCH 2253, BUXMONT UNITARIAN UNIVERSALIST FELLOWSHIP, and JUAN NAVIA, <br><br> Plaintiffs, <br><br> v. <br><br> FREDERICK A. HARRAN, individually and in his official capacity as Sheriff of Bucks County, and BUCKS COUNTY, <br><br> Defendant. | Case No. 2:25-cv-02938-JS <br><br> Honorable Juan R. Sánchez |

## [Proposed] Order of Court

And now, this 16th day of June, 2025 in Consideration of the Motion to Intervene filed by the PA Sheriffs' Association and Sheriffs Walters and Sites, the Prayer of the Motion is **GRANTED** and the PA Sheriffs' Association and Sheriffs Walters and Sites are hereby added as Defendants – Intervenors in this case. They may proceed to file their motion to Dismiss attached to their brief as Exhibit A.

By the Court,

_____ J.
Hon. Juan R. Sánchez
United States District Judge

6

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the within **Proposed Intervenors' Motion To Intervene As Intervenor-Defendants** has been served upon all other parties at the address below this 16th day of June, 2025, via email and regular US Mail:

**ACLU of Pennsylvania**
Stephen A. Loney, Jr.**,** Esq.
Ariel Shapell, Esq.
P.O. Box 60173
Philadelphia, PA 19102
Email: sloney@aclupa.org
ashapell@aclupa.org

**ACLUF of Pennsylvania**
Keith Armstrong, Esq.
P.O. Box 60173
Philadelphia, PA 19102
Email: karmstrong@aclupa.org

**COMMUNITY JUSTICE PROJECT**
Marielle Macher, Esq.
118 LOCUST ST
HARRISBURG, PA 17101
Email: mmacher@cjplaw.org

*Counsel for Plaintiffs*

**Zimolong LLC**
Walter Stephen Zimolong, Esq.
P.O. Box 552
Villanova, PA 19085-0552
Email: wally@zimolonglaw.com

*Counsel for Defendant Frederick A. Harran*

**Bucks County Law Department**
Daniel D. Grieser, Esq.
55 E Court Street, 5th Floor
Doylestown, PA 18901
Email: ddgrieser@buckscounty.org

*Counsel for Defendant Bucks County*

/s/ Thomas W. King, III
Thomas W. King, III, Esq