IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAKE THE ROAD STATES, INC., NAACP BUCKS COUNTY BRANCH 2253, BUXMONT UNITARIAN UNIVERSALIST FELLOWSHIP, and JUAN NAVIA,<br><br>      Plaintiffs,<br><br>  v.<br><br>FREDERICK A. HARRAN, individually and in his official capacity as Sheriff of Bucks County, and BUCKS COUNTY,<br><br>      Defendants. | Case No. 25-cv-2938 |

## NOTICE OF POTENTIAL PARTICIPATION BY THE UNITED STATES

      The United States respectfully notifies the Court that it is actively considering whether to intervene or file a Statement of Interest in this action pursuant to 28 U.S.C. § 517. That statute authorizes the Attorney General of the United States to send any officer of the Department of Justice to "attend to the interests of the United States in a suit pending in a court of the United States, or in the courts of a State, or to attend to any other interest of the United States." 28 U.S.C. § 517.

      The process for deciding whether to intervene or file a Statement of Interest involves coordination among multiple government agencies and the approval of the Department of Justice through the Assistant Attorney General for the Civil Division. The United States expects to complete its deliberations and, should it decide to participate in this case, to intervene or file a Statement of Interest by July 11, 2025. The United States respectfully requests that the Court defer its resolution of Plaintiffs' motion to remand (ECF No. 6) until after that date.

Dated:  June 25, 2025	Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

DAVID METCALF
United States Attorney

*/s/ Gregory B. in den Berken*
GREGORY B. IN DEN BERKEN
Assistant United States Attorney
Eastern District of Pennsylvania
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
Phone:	(215) 861-8505
Email:	gregory.indenberken@usdoj.gov

*Counsel for the United States*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 25th, 2025, a true and correct copy of the foregoing Notice of Potential Participation by the United States was filed electronically via the Court's CM/ECF system and served via CM/ECF on all counsel of record.

*/s/ Gregory B. in den Berken*
GREGORY B. IN DEN BERKEN
