IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAKE THE ROAD STATES, INC. et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-2938 |
| | : | |
| FREDERICK A. HARRAN, individually and in his official capacity as Sheriff of Bucks County, and BUCKS COUNTY | : : : | |

## **ORDER**

AND NOW, this 27th day of June, 2025, upon consideration of Plaintiffs Make the Road States, Inc., NAACP Bucks County Branch 2253, BuxMont Unitarian Universalist Fellowship, and Juan Navia's June 26, 2025 letter request to stay the response deadline to Proposed Intervenors Pennsylvania Sheriffs' Association, Sheriff Benjamin H. Sites, and Sheriff C. J. Walters' Motion to Intervene (ECF No. 11), it is hereby ORDERED the request is GRANTED. The deadline to respond is STAYED until further court order.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.