IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAKE THE ROAD STATES, INC., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-2938 |
| | : | |
| FREDERICK A. HARRAN, individually and in his official capacity as Sheriff of Bucks County, et al. | : : : | |

# ORDER

AND NOW, this 27th day of June, 2025, upon consideration of Plaintiffs Make the Road States, Inc., NAACP Bucks County Branch 2253, BuxMont Unitarian Universalist Fellowship, and Juan Navia's Expedited Motion for Remand to the Bucks County Court of Common Pleas (ECF No. 6); Defendants Frederick A. Harran and Bucks County's responses thereto; and Plaintiffs' reply—and for the reasons stated in the accompanying memorandum—it is hereby ORDERED the Motion is GRANTED. This action is REMANDED to the Bucks County Court of Common Pleas. The Clerk of Court is DIRECTED to mail a certified copy of this order to the Clerk of the Bucks County Court of Common Pleas.

It is FURTHER ORDERED Defendant Frederick A. Harran shall pay the costs and attorneys' fees incurred by Plaintiffs in preparing the Expedited Motion for Remand, in an amount to be determined. Plaintiffs shall file any bill of costs and fee petition with this Court by July 2, 2025. Defendants shall submit any reply by July 7, 2025.

Because this case is remanded to state court, it is FURTHER ORDERED Proposed Intervenors Pennsylvania Sheriffs' Association, Sheriff Benjamin H. Sites, and Sheriff C. J. Walters' Motion to Intervene (ECF No. 11) is DISMISSED AS MOOT. Plaintiffs' Motion for Temporary Restraining Order (ECF No. 19) is also DISMISSED AS MOOT.

It is FURTHER ORDERED the United States' request to delay resolution of the Expedited Motion for Remand until after July 11, 2025 is DENIED.[1]

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] On June 25, 2025, the United States filed a Notice of Potential Participation, in which it informed the Court that it was "actively considering whether to intervene or file a Statement of Interest in this action pursuant to 28 U.S.C. § 517." ECF No. 18 at 1. In light of its ongoing deliberations on the matter, the United States requested that this Court delay resolution of Plaintiffs' motion to remand until after July 11, 2025. *Id.* However, this Court has determined that it does not have jurisdiction over this case. The intervention of the United States or the filing of a Statement of Interest would not alter the Court's lack of jurisdiction. Moreover, the Court finds the United States will not be prejudiced by the prompt remand because the United States may intervene or otherwise assert its interests in state court, should it decide to pursue such a course of action. *See* 28 U.S.C. § 517 (authorizing the Attorney General to send the Solicitor General or any officer of the Department of Justice to attend to the interests of the United States in a suit pending in state court). Accordingly, the Court will not delay remanding this case to state court.