IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAKE THE ROAD STATES, INC., :      No. 2:25-cv-02938
NAACP BUCKS COUNTY BRANCH :
2253, BUXMONT UNITARIAN UNI- :
VERSALIST FELLOWSHIP, and :
JUAN NAVIA, :
                        :
         Plaintiffs :
                        :
v.                     :
                        :
FREDERICK A HARRAN, individu- :
ally and in his official capacity as Sher- :
iff of Bucks County, and BUCKS :
COUNTY, :
                        :
                        :
         Defendants :

## NOTICE OF APPEAL

Defendant, Frederick A. Harran, appeals to the United States Court of Appeals for the Third Circuit from the order of the district court dated June 27, 2025 (ECF No. 22) and the memorandum opinion dated June 27, 2025 (ECF No. 21).

Respectfully submitted,

Dated: June 27, 2025

*/s/Walter S. Zimolong*
WALTER S. ZIMOLONG, III, ESQUIRE
JAMES J. FITZPATRICK, III, ESQUIRE
ZIMOLONG LLC
wally@zimolonglaw.com
james@zimolonglaw.com
P. O. Box 552
Villanova, PA 19085
(215) 665-0842

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAKE THE ROAD STATES, INC., :
NAACP BUCKS COUNTY BRANCH :
2253, BUXMONT UNITARIAN UNI- :
VERSALIST FELLOWSHIP, and :
JUAN NAVIA, :
:
Plaintiffs :
:
v. :
:
FREDERICK A HARRAN, individu- :
ally and in his official capacity as Sher- :
iff of Bucks County, and BUCKS :
COUNTY, :
:
Defendants :

No. 2:25-cv-02938

## CERTIFICATE OF SERVICE

I hereby certify the foregoing has been filed electronically and is available for

viewing and downloading from the Electronic Case Filing System of the United States

District Court for the Eastern District of Pennsylvania.

Date:  June 27, 2025                              */s/ Walter S. Zimolong*

2