### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MAKE THE ROAD STATES, INC.,** ) <br> **NAACP BUCKS COUNTY BRANCH** ) <br> **2253, BUXMONT UNITARIAN** ) <br> **UNIVERSALIST FELLOWSHIP,** ) <br> **and JUAN NAVIA,** ) <br> ) <br>     **Plaintiffs,** ) <br> ) <br>     **v.** ) <br> ) <br> **FREDERICK A. HARRAN,** ) <br> **individually and in his official** ) <br> **capacity as Sheriff of Bucks County,** ) <br> **and BUCKS COUNTY,** ) <br> ) <br>     **Defendants.** ) | **No. 2:25-cv-02938** |

### PLAINTIFFS' PETITION FOR ATTORNEYS' FEES

Plaintiffs Make the Road States, Inc., NAACP Bucks County Branch 2253, Buxmont

Unitarian Universalist Fellowship, and Juan Navia (collectively, "Plaintiffs"), through counsel,

respectfully petition this Court pursuant to 28 U.S.C. § 1447(c) and the Court's Order of June 27,

2025 (Dkt. 22), for an award of $35,170.00 in attorneys' fees incurred as a result of the removal

filed by Defendant Frederick A. Harran in this matter. The reasons for this Petition are set forth in

the accompanying Brief in Support and supporting Declarations, which are fully incorporated by

reference herein.

Dated:    July 2, 2025                    Respectfully submitted,

                                    By: */s/ Stephen A. Loney, Jr.*

Marielle Macher (No. 318142)              Stephen A. Loney, Jr. (No. 202535)
Daniel Vitek (No. 209013)                 Ari Shapell (No. 330409)
COMMUNITY JUSTICE PROJECT                 Keith Armstrong (No. 334758)
118 Locust Street                         AMERICAN CIVIL LIBERTIES UNION
Harrisburg, PA 17101                      OF PENNSYLVANIA
717-236-9486                              P.O. Box 60173
mmacher@cjplaw.org                        Philadelphia, PA 19102
dvitek@cjplaw.org                         215-592-1513
                                          sloney@aclupa.org
                                          ashapell@aclupa.org
                                          karmstrong@aclupa.org

                                          *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I caused the foregoing document to be

served on all parties of record via the Court's CM/ECF system.


Dated:  July 2, 2025                                    s/ Stephen A. Loney