IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAKE THE ROAD STATES, INC., NAACP BUCKS COUNTY BRANCH 2253, BUXMONT UNITARIAN UNIVERSALIST FELLOWSHIP, and JUAN NAVIA,<br><br>Plaintiffs,<br><br>v.<br><br>FREDERICK A. HARRAN, individually and in his official capacity as Sheriff of Bucks County, and BUCKS COUNTY,<br><br>Defendants. | No. 2:25-cv-02938 |

**[PROPOSED] <u>ORDER</u>**

AND NOW, this ____ day of _____, 2025, upon consideration of Plaintiffs' Petition for Attorneys' Fees, accompanying Brief, and supporting declarations, it is hereby ORDERED Plaintiffs' Petition is GRANTED. It is further ORDERED that Defendant Frederick A. Harran shall issue payment to counsel for Plaintiffs in the amount of $35,170.00 within 21 days of this Order.

BY THE COURT:

_____
Juan R. Sánchez, J.