IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAKE THE ROAD STATES, INC. et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-2938 |
| | : | |
| FREDERICK A. HARRAN, individually and in his official capacity as Sheriff of Bucks County, and BUCKS COUNTY | : : : | |

**<u>ORDER</u>**

AND NOW, this 16th day of July, 2025, upon consideration of Defendant Sheriff Frederick Harran's July 11, 2025 letter to the Court, it is hereby ORDERED the request to stay Plaintiffs' Motion for Attorneys' Fees (ECF No. 24) is DENIED at this time. Defendant Harran is permitted to file a response to the Motion for Attorneys' Fees by **Friday, July 25, 2025**.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, J.