IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Make the Road States, Inc., et al. | : | CIVIL ACTION |
| | : | |
| v. | : | No. 25-2938 |
| | : | |
| Frederick A. Harran, *individually and in his official capacity as Sheriff of Bucks County*, and Bucks County. | : : : | |

### ORDER

AND NOW, this 22nd day of April, 2026, upon consideration of Plaintiffs' Petition for Attorneys' Fees (Dkt. No. 24), Defendant Frederick Harran's response, Defendant Bucks County's Motion for Clarification (Dkt. No. 30), and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that Plaintiffs' Petition (Dkt. No. 24) is GRANTED IN PART and DENIED IN PART.  Plaintiffs are awarded and Defendant Harran is ordered to pay, in his individual capacity, the Plaintiffs attorneys' fees in the sum of $34,953.

It is FURTHER ORDERED that Bucks County's Motion for Clarification (Dkt. No. 30) is GRANTED.  The Clerk of the Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.